FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 14 PM 4:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER P. ADAMS | * | CIVIL ACTION |
| Plaintiff | * | NO. 01-3803 |
| VERSUS | * | SECTION "J" |
| CLYDE J. PHILLIPS, III and KA-C PROPERTIES, LLC | * | JUDGE |
| | * | MAGISTRATE "5" |
| Defendants | | |
| * * * * * * * * | | JURY DEMAND |

### PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Christopher P. Adams, who submits the following list of witnesses he may or will call at the time of trial and a list of exhibits that may or will be introduced at the time of trial pursuant to the court's Minute Entry dated October 31, 2002:

### WITNESSES

1) Clyde J. Phillips, III

2) Christopher P. Adams

3) Ronald H. Bordelon

4) Gregory C. LaGrange

5) Lorri P. Adams

6) Leo J. Kern, CPA

7)   Eric Bourg

8)   Jim O'Brien

9)   Larry Schedler

10)  Chris Bailey

11)  Any other witness listed by any other party.

## LIST OF EXHIBITS

1)   ABJP telephone records of Chris Adams.

2)   ABJP telephone records of Clyde J. Phillips, III.

3)   ABJP telephone records of Ronald H. Bordelon.

4)   ABJP telephone records of Gregory C. LaGrange.

5)   ABJP telephone records of Pat Connick.

6)   ABJP telephone records of Allison Bordelon.

7)   Telephone records of ABJP Investments, LLC.

8)   Valuation report of Leo J. Kern.

9)   Revised valuation report of Leo J. Kern.

10)  Valuation report(s) of Larry Schedler.

11)  Tax returns of ABJP Investments, LLC, JRCC Investments, LLC and JOB Investments, LLC.

12)  Operating Agreements of ABJP Investments, LLC, JRCC Investments, LLC and JOB Investments, LLC.

13)  Personal financial statements of Clyde J. Phillips, III given to various banks during the year 2001.

14)  Personal financial statements of Ronald H. Bordelon given to various banks during the year 2001.

15) Personal financial statements of Jim O'Brien given to various banks during the year 2001.

16) Any and all documents identified or revealed during the course of discovery.

Respectfully submitted,

GOLDEN & FONTE

By: _____
KENNETH C. FONTE (#5649)
One Galleria Boulevard, Suite 1822
Metairie, Louisiana  70001
Phone: (504) 849-2600
Attorney for Plaintiff, Christopher P. Adams

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by faxing and depositing same in the United States mail, postage prepaid and properly addressed, this 14th day of March, 2003.

_____
KENNETH C. FONTE