2/3/2004 3:13 PM JEFF PAR
CANCELLATION #323233

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER P. ADAMS | CIVIL ACTION |
| VERSUS | NUMBER:   01-3803 |
| CLYDE J. PHILLIPS, III and | SECTION: "J" |
| KA-C PROPERTIES, LLC | MAGISTRATE: "5" |
| | JURY DEMAND |

NOTICE OF SATISFACTION OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes the plaintiff and judgment creditor, Christopher P. Adams, who hereby gives notice and declares that the FINAL JUDGMENT AS TO RULE 54(b), signed by the court on October 16, 2002, and entered on October 17, 2002, and the FINAL JUDGMENT signed by the court, and entered, November 21, 2002, have been satisfied and discharged. The defendant and judgment debtor, Clyde J. Phillips, III, has been released of all further obligation with respect to the aforesaid judgments.

Respectfully submitted,
GOLDEN & FONTE

By: _____
KENNETH C. FONTE (#5649)
One Galleria Blvd, Suite 1822
Metairie, LA 70001
Phone (504) 849-2600
Attorney for Christopher P. Adams

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading has been served on respective counsel for the other parties by mail on this 3rd day of FEBRUARY, 2004.

_____
Kenneth C. Fonte (#5649)

2